## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO. 5:18-CV-62-TBR

ALLISON L. ALEXANDER                                                          PLAINTIFF

V.

TONYA RAY, *et al.*                                                          DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

Thomas B. Russell, Senior Judge
United States District Court

November 18, 2019

cc: Counsel