235250

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:18-CV-62-TBR

ALLISON ALEXANDER                                                                                           PLAINTIFF

v.

TONYA RAY, et al                                                                                              DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties that this matter may be dismissed, with prejudice; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the above captioned matter, including all claims asserted or that could have been asserted by any party relating to the subject matter of this action, are voluntarily dismissed, with prejudice. Each party shall bear their own costs.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

January 25, 2020